UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OPPORTUNITY FINANCE NETWORK**<br>123 S. Broad Street Suite 1930<br>Philadelphia, PA 19109<br><br>                    Plaintiff,<br><br>    v.<br><br>**CITIBANK, N.A.,**<br>5800 South Corporate Place<br>Sioux Falls, South Dakota 57108,<br><br>    and<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>    and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>                    Defendants. | ECF CASE<br><br>No. 25-cv-1208 |

**MOTION FOR ADMISSION OF GABRIEL K. GILLETT *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Plaintiff moves for the admission of Gabriel K. Gillett, *pro hac vice*, in the above-entitled action. Mr. Gillett is employed by Jenner & Block LLP and is a member of the New York and Illinois Bar. Mr. Gillett practices in Illinois.

His declaration in support of this motion is filed herewith.

1

Dated: April 21, 2025 Respectfully submitted:

/s/ David B. Robbins
David B. Robbins (493976)
JENNER & BLOCK LLP
1099 New York Avenue N.W.
Suite 900
Washington, D.C. 20001
Tel.: (202) 639-6040
Fax: (202) 639-6066