UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OPPORTUNITY FINANCE NETWORK**<br>123 S. Broad Street Suite 1930<br>Philadelphia, PA 19109<br><br>    Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.,**<br>5800 South Corporate Place<br>Sioux Falls, South Dakota 57108,<br><br> and<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br> and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>    Defendants. | ECF CASE<br><br>No. 25-cv-1208 |

### [PROPOSED] ORDER FOR ADMISSION OF GABRIEL K. GILLETT *PRO HAC VICE*

  Upon consideration of Plaintiff's motion for the admission of Gabriel K. Gillett pro hac vice, the motion is granted.

Dated: April __, 2025        /s/_____
                   United States District Judge