UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OPPORTUNITY FINANCE NETWORK**,

      Plaintiff,

v.

**CITIBANK, N.A.**, *et al.*

      Defendants.

No. 25-cv-1208-TSC

### ORDER GRANTING JOINT MOTION TO CONSOLIDATE
### AND APPROVING STIPULATION REGARDING PRELIMINARY INJUNCTION

Upon consideration of the parties' Joint Motion To Consolidate And Stipulation Regarding Preliminary Injunction, ECF No. 14, it is hereby

**ORDERED** that the Motion is **GRANTED** and this case, No. 25-cv-1208-TSC, is consolidated under No. 1:25-cv-00698-TSC; it is further

**ORDERED** that the stipulation by the Parties is approved as follows:

- EPA and Citibank will apply the preliminary injunction, as modified by the D.C. Circuit's administrative stay, entered in the GGRF Litigation to OFN;

- Any decision by the D.C. Circuit in No. 25-5122 on the appeal of the preliminary injunction entered in the GGRF Litigation will apply to OFN as it does to the current GGRF Litigation plaintiffs;

- OFN will not file a brief or appear at argument in the D.C. Circuit in No. 25-5122.

Dated:  May 14, 2025

*Tanya S. Chutkan*
_____
TANYA S. CHUTKAN
United States District Judge